IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

STATE OF GEORGIA,                                    *

                Plaintiff,                             *

v.                                                                         Case No.  7:22-CV-71(WLS)

                                  *

JUSTICE QUEEN AL-AMEEN,

                                  *

                Defendant.                          *

## J U D G M E N T

Pursuant to this Court's Order dated July 29, 2022, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Lowndes County, Georgia.

This 29th day of July, 2022.

David W. Bunt, Clerk


s/ S. B. DeCesare, Deputy Clerk